IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LARRY DONNELL GIBBS | § | |
| VS. | § | CIVIL ACTION NO. 1:26-cv-146 |
| TELFORD UNIT | § | |

<u>MEMORANDUM OPINION AND ORDER</u>

Plaintiff Larry Donnell Gibbs, an inmate at the Telford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

<u>Discussion</u>

When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where the defendants reside or in which the claim arose.  Under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interests of justice, a district court may transfer any civil action to any other district or division where it could have been brought.

While plaintiff has not listed any individuals as defendants, plaintiff complains of events which occurred at the Telford Unit, which is located in Bowic County, Texas.  Plaintiff's claims therefore arose in Bowie County.  Pursuant to 28 U.S.C. § 124(c)(5), Bowie County is in the Texarkana Division of the United States District Court for the Eastern District of Texas, rather than the Beaumont Division.

The court has considered the circumstances and determined that the interest of justice would be served if this matter were transferred to the division of the court in which plaintiff's claims arose. It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Texarkana Division of the United States District Court for the Eastern District of Texas.

SIGNED this 27th day of April, 2026.

_____
Zack Hawthorn
United States Magistrate Judge